## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUBREY KING, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 18-5193 |
| INTEGER/MEDPLAST, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of October, 2019, upon consideration of Defendant's Partial Motion to Dismiss (Doc. Nos. 13, 14) and Plaintiff's Response (Doc. No. 16), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion to Dismiss Counts Three and Six of the Amended Complaint is **GRANTED** and these causes of action are **DISMISSED**.

2. The Motion to Dismiss Count Four of the Amended Complaint is **DENIED**.

3. The Motion to Dismiss Count Eight of the Amended Complaint is **DENIED**.

4. Defendant shall file an Answer to the Amended Complaint within **twenty (20) days** from the date of this Order.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG,     J.**